In the Matter of a Special Proceeding on the Application of CLAUDE J. TULLY and Others, to Compel BERTRAM L. ROBERTS, Respondent, an Attorney, to Have His Fee Fixed Pursuant to an Arbitration Agreement and for an Order Directing the Said BERTRAM L. ROBERTS to Proceed before the Arbitrator as Provided in Section 1450 of the Civil Practice Act. HENRY S. BLUMENTHAL, Appellant.— In a special proceeding instituted to compel an attorney to have his fee fixed pursuant to an arbitration agreement, and for an order directing him to proceed before the arbitrator, as provided in section 1450 of the Civil Practice Act, order denying application affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

In the Matter of Proving the Last Will and Testament of JOHN W. WAINWRIGHT, Deceased. MARGARET M. MANTELL, Appellant; HERBERT S. ALLAN, as Executor Named in Last Will and Testament of JOHN W. WAINWRIGHT, Deceased, Petitioner, Respondent.— Decree of the Surrogate's Court of Queens County determining decedent's domicile as being in Queens county and overruling an objection to the jurisdiction of said Surrogate's Court unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.